UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDA M. JOHNSON,

               Plaintiff,

    v.

AMBER MILLER, et al.,

               Defendants.

CASE NO. C21-5539-BHS

ORDER ON REVIEW OF MOTION
FOR RECUSAL

       This matter is before the Court on Plaintiff Brenda M. Johnson's Motion seeking recusal of Judges Creatura and Settle.  Dkt #7.  These judges have separately reviewed this Motion, declined to recuse, and in accordance with this Court's Local Civil Rules, referred this matter to the undersigned for review.  Dkts. #8 and #9; LCR 3(f).

       A judge of the United States shall disqualify himself in any proceeding in which his impartiality "might reasonably be questioned."  28 U.S.C. § 455(a).  Federal judges also shall disqualify themselves in circumstances where they have a personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding.  28 U.S.C. § 455(b)(1).  Pursuant to 28 U.S.C. § 144, "whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the

1   matter is pending has a personal bias or prejudice either against him or in favor of any adverse

2   party, such judge shall proceed no further therein, but another judge shall be assigned to hear

3   such proceeding." "[A] judge's prior adverse ruling is not sufficient cause for recusal." *United*

4   *States v. Studley*, 783 F.2d 934, 939 (9th Cir. 1986); *see also Taylor v. Regents of Univ. of Cal.*,

5   993 F.2d 710, 712 (9th Cir. 1993) ("To warrant recusal, judicial bias must stem from an

6   extrajudicial source.").

7        The Court has reviewed the above Motion and finds Plaintiff has failed to demonstrate

8   bias.  Plaintiff states only that Judge Settle has worked on her prior cases.  Dkt. #7.  Judge

9   Settle's involvement in related cases, even if true, is a typical practice of this Court and cannot

10  constitute an extrajudicial source of bias.

11       Plaintiff has otherwise failed to present a reasonable basis to question the impartiality of

12  either Judge Creatura or Judge Settle.  Accordingly, the Court finds and ORDERS that the

13  above Orders declining to recuse, Dkts. #8 and #9, are AFFIRMED.

14       DATED this 27th day of August, 2021.

15

16

17

18       RICARDO S. MARTINEZ
         CHIEF UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24